UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 14-23665
Michelle Kamide fdba Convention Service )
Associates, Inc. dba Exhibits Systems, Inc. )
) Chapter: 13
)
) Honorable Janet S. Baer
)
Debtor(s) )

## ORDER MODIFYING THE AUTOMATIC STAY AND CO-DEBTOR STAY AND WITHDRAWING REQUEST FOR DISMISSAL

THIS CAUSE coming to be heard on the motion of Nationstar Mortgage LLC, a secured creditor herein, for relief from the automatic stay and co-debtor stay, the Court having jurisdiction over the subject matter and due notice having been given; and the secured creditor alleging that the mortgage held by said creditor is in default and that the security interest of said creditor is not adequately protected:

WHEREFORE, IT IS HEREBY ORDERED:
(1) Pursuant to 11 U.S.C. Section 362(d), that Nationstar Mortgage LLC its principals, agents, successors and/or assigns is granted relief from the automatic stay provisions of 11 U.S.C. Section 362(a) and Section 1301(c) by modifying said stay and co-debtor stay to permit them to pursue all non bankruptcy remedies and work out options as to the property commonly known as 10 Corey Drive, South Barrington, IL 60010.

(2) Nationstar Mortgage LLC's request for dismissal is withdrawn.

(3) The claim of Nationstar Mortgage LLC is hereby withdrawn. No further payments are to be disbursed to Nationstar Mortgage LLC on its Proof of Claim.

Enter:   *Janet S. Baer*

Honorable Janet S. Baer
Dated: July 30, 2015                    United States Bankruptcy Judge

**Prepared by:**

Peter C. Bastianen  ARDC#6244346
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
C&A FILE(14-13-19517)